UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ELI FREEDBERG, P.C.

---

ALEXANDRU SURDU, ETAL

                                                            Plaintiff(s)

                                                      - against -                        Index # 15-CV-6567-PGG

MADISON GLOBAL LLC, D/B/A NELLO, ETAL                        Purchased August 19, 2015

                                                                     Defendant(s)

                                                                                            **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 31, 2015 at 11:45 AM at

696 MADISON AVENUE
NEW YORK, NY 10065

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on MADISON GLOBAL LLC, D/B/A NELLO therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 45 | 6'1 | 200 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

ATTN: ALL MEMBERS
696 MADISON AVENUE
NEW YORK, NY 10065

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 3, 2015 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  September 3, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 631761 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |