Eli Z. Freedberg, Esq.
LAW OFFICE OF ELI FREEDBERG, P.C.
370 Lexington Avenue, Suite 2103
New York, NY 10017
(347) 651-0044
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW

| | |
|---|---|
| ALEXANDER SURDU, ANASTASIA MAYFAT, CIPRIAN GROSU, and LUIS LOPEZ<br><br>Plaintiff,<br><br>- against -<br><br>MADISON GLOBAL LLC, d/b/a NELLO, NELLO BALAN, and THOMAS MAKKOS,<br><br>Defendants. | **Index No. 15-cv-6567(PGG)**<br><br>**CONSENT TO SUE** |

    I was formerly employed by Madison Global, LLC d/b/a Nello, Nello Balan, Thomas Makkos and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named Plaintiff in this case.

Constantine Harakabopoul>
Full Legal Name

[redacted]
Address

[redacted]
Phone Number

/s/
Signature

10/29/15
Date