UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404
ATTORNEYS OF RECORD :
    ROGER H. BRITON, ESQ.
    NOEL P. TRIPP, ESQ.

------------------------------------------------------------X

ALEXANDRU SURDU, DINO TITO, ANASTASIA MAYFAT, CIPRIAN GROSU, and LUIS LOPEZ, on behalf of themselves and those similarly situated,

                Plaintiffs,

-against-

MADISON GLOBAL LLC, D/B/A NELLO, NELLO BALAN, AND THOMAS MAKKOS,

                Defendants.

------------------------------------------------------------X

Civil Case No.: 15-CV-06567

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE, that the undersigned have been retained as attorneys for Defendants and demand that all papers in this action be served upon the undersigned at the office, post office address and e-mail stated below.

Dated:   Melville, New York
          December 10, 2015

Yours, etc.

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404
trippn@jacksonlewis.com

                s/
By: _____
       NOEL P. TRIPP

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, Notice of Appearance was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

ELI Z. FREEDBERG, ESQ.
LAW OFFICE OF ELI FREEDBERG, P.C.
*Attorneys for Plaintiffs*
370 Lexington Ave., Ste. 2103
New York, New York  10017
(347) 651-0044

_____s/_____
NOEL P. TRIPP

4815-8107-8060, v. 1