# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN, TILLES & RUMACK
11 BROADWAY
SUITE 960
NEW YORK, NY 10004
Phone: 212-344-9022
Fax: 212-344-0301

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

XIAN-MING LEI†
STEVEN G. DAVIS

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admittied in District of Columbia

ALAN QUIG
Licensed New York State
Workers' Compensation
Representative

www.thekleinlawgroup.com

October 26, 2016

Hon. Henry Pitman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Surdu et al. v. Madison Global LLC et al.**
     **15-cv-6567 (PGG)**

Your Honor:

This firm serves as counsel to Plaintiffs in the above matter. This letter is to request a brief extension until November 18, 2016 for Plaintiffs to file the request for Preliminary Approval of the Settlement, as well as an adjournment of the status conference currently scheduled for November 11, 2016.

The parties are currently drafting and finalizing the settlement agreement and accompanying paperwork for submission to the Court. This is the first request for an extension of the submission date. Defendants have consented to this requested.

We thank the Court for its cooperation in this matter.

Sincerely,

Darren Rumack

c.c.   Noel Tripp (via ECF)
       Attorney for Defendants