Representing Management Exclusively in Workplace Law and Related Litigation


Attorneys at Law

| Jackson Lewis P.C. | ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| 58 South Service Road | ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| Suite 250 | ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| Melville, New York 11747 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Tel 631 247-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| Fax 631 247-0417 | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| | DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| | DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| | DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| | DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| | GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

My Direct Dial is: (631) 247-46261
My Email Address is: TRIPPN@JACKSONLEWIS.COM

*through an affiliation with Jackson Lewis P.C., a Law Corporation

November 18, 2016       *APPLICATION GRANTED*

**VIA ECF**

Hon. Henry Pitman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  11007

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-21-16

Surdu et al. v. Madison Global LLC et al.
Civil Case No. 15-cv-6567 (PGG)

Dear Judge Pitman:

   As counsel for Defendants, we write to request a second extension of the deadline to submit to Your Honor the FRCP 23 motion for preliminary approval in the above matter (DKT 52, 53), from November 18, 2016 to December 9, 2016. The parties are still working on the form of agreement.

         Respectfully yours,

         Jackson Lewis P.C.

         *Noel P. Tripp*

         Noel P. Tripp

NPT/pdm
cc: All counsel of record *via* ECF

4848-0814-2909, v. 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/16
```